UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DENILSON CALDERON HERRARTE, | No.  1:26-cv-01524-KES-SKO (HC) |
| Petitioner, | |
| v. | ORDER GRANTING MOTION TO APPOINT COUNSEL |
| WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, | |
| Respondents. | Doc. 3 |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, a motion for temporary restraining order, Doc. 4, and a motion to appoint counsel, Doc. 3.  The assigned magistrate judge authorized petitioner to proceed in forma pauperis without prepayment of the filing fee in this action.  *See* Doc. 6.

The Court has conducted a preliminary review of the petition, motion for temporary restraining order, and respondents' response to the Court's order to show cause.  In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

/ / /

/ / /

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Counsel is APPOINTED for petitioner;

2. The Clerk of the Court shall serve a copy of this order and a copy of the petition, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Victoria Gonzales at VGonzales@caed.uscourts.gov, and counsel will be added as counsel for petitioner;

4. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;

5. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and

6. Within fourteen (14) days of the date of service of this order, counsel for petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule.  Petitioner's counsel may file an amended petition and motion for temporary restraining order, if necessary.

7. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition, respondent shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court.  *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); *see also F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

IT IS SO ORDERED.

Dated:  __February 26, 2026__

_____
UNITED STATES DISTRICT JUDGE

2