UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DENILSON CALDERON HERRARTE, (A-Number: 202-148-233) | No.  1:26-cv-01524-KES-FJS (HC) |
| Petitioner, | ORDER STRIKING FILINGS [ECF Nos. 25, 26] |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, | [14-DAY DEADLINE] |
| Respondent. | |

Petitioner is an immigration detainee proceeding with appointed counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 14, 2026, the court held a status conference that was instigated at Plaintiff counsel's request. (ECF Nos. 29, 30.) Victor Nasser appeared for Petitioner and Jonathan Needle appeared for Respondent. Despite Mr. Nasser's best efforts to arrange Petitioner's attendance by teleconference with Petitioner's custodial agents, Petitioner was not present at the hearing. The hearing was held to determine the status of appointed counsel in light of motions to stay ruling, supplement the record, and substitute counsel and a notice of non-consent to adjudication that were filed April 22, 2026, and attributed to Petitioner individually. (ECF Nos. 25, 26.) These two filings contradicted a separate status report that Mr. Nasser signed April 21, 2026, indicating that Petitioner submitted the petition on the record. (ECF No. 27.)

At the hearing, Mr. Nasser represented that he had spoken to Petitioner before the May 14 status conference and learned that Petitioner was unaware of the filings attributed to him personally. Mr. Nasser stated that the filings were apparently made by a third-party paralegal whom Petitioner is working with, but whom Petitioner did not authorize to submit filings. In short, the filings attributed individually to Petitioner (ECF Nos. 25, 26) were made without his or his counsel's knowledge. Mr. Nasser stated that after discussing the matter with Petitioner, Petitioner advised him that he wished to continue with Mr. Nasser as counsel of record. The parties agreed with the court's assessment that the filings should be stricken as unauthorized pro se filings by a represented party. Mr. Nasser further indicated that he desired an opportunity to supplement the petition with additional information. Mr. Needle stated that Respondent would like an opportunity to respond to the supplemental brief, should one be filed.

Accordingly, IT IS HEREBY ORDERED:

1) The filings entitled "Motion to Stay Ruling, Supplement Record, and Substitute Counsel," (ECF No. 25), and "Notice of Non-Consent to Adjudication on Current Record," (ECF No. 26), are STRICKEN from the record;

2) Petitioner is GRANTED fourteen (14) days to file an optional supplemental brief;

3) If Petitioner files a supplemental brief, Respondent is GRANTED fourteen (14) days from the date of service of the supplemental brief to file a response;

4) If Respondent files a response, Petitioner is GRANTED seven (7) days from the date of service of the response to file a reply.

At the conclusion of briefing, the matter will be deemed submitted, and the court will proceed with preparation of findings and recommendations.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2