UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DENILSON CALDERON HERRARTE, (A-Number: 202-148-233), Petitioner, v. WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, Respondent. | No. 1:26-cv-01524-KES-FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART, AND REQUIRING BOND HEARING WITHIN 14 DAYS<br><br>Doc. 1, 35 |

Petitioner Erick Denilson Calderon Herrarte is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 1, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition, in part, and ordering that petitioner be provided with a bond hearing within fourteen days. Doc. 35. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. No objections were filed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The findings and recommendations correctly found that, in these circumstances, due process requires a new bond hearing where the government bears the burden of proving, by clear and convincing evidence, that petitioner is a flight risk or danger. *See Singh v. Chestnut*, No. 1:26CV00983-KES-EPG, 2026 WL 936917 (E.D. Cal. Apr. 7, 2026) (where the government has previously determined that a noncitizen should be released as he did not pose a flight risk or danger, the government must bear the burden of establishing that changed circumstances warrant his present detention).

The Court ORDERS:

1. The findings and recommendations, Doc. 35, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED IN PART.
3. Respondent is ORDERED to provide Petitioner Erick Denilson Calderon Herrarte (A-Number: 202-148-233), with a bond hearing before an immigration judge within fourteen (14) days that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), at which:
    a. "the government must prove by clear and convincing evidence that [petitioner] is a flight risk or a danger to the community to justify denial of bond," *Singh*, 638 F.3d at 1203, and
    b. the immigration judge should consider petitioner's financial circumstances or alternative conditions of release in the event petitioner is determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond.
4. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' notice before the bond hearing in a language that he can understand.
5. Petitioner may be represented by an attorney at this hearing, and respondent may extend the deadline at petitioner's request so that he can obtain an attorney. If

Petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing.

6. If respondent does not provide petitioner with a bond hearing within fourteen days, then respondent must release him.

7. The Clerk of Court is directed to terminate any pending motions, close this case, and enter judgment for petitioner.

IT IS SO ORDERED.

Dated: October 25, 2026

UNITED STATES DISTRICT JUDGE